DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SNIDER v. DICKENS

No. 84 PC.

Case below: 32 N.C. App. 388.

Petition by third party defendant Kenneth Douglas Snider for discretionary review under G.S. 7A-31 allowed 3 May 1977.

STATE v. CRAFT

No. 82 PC.

Case below: 32 N.C. App. 357.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 May 1977.

STATE v. CUMBER

No. 85 PC.

Case below: 32 N.C. App. 329.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 3 May 1977.

STATE v. DANGERFIELD

No. 116 PC.

Case below: 32 N.C. App. 608.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977.

STATE v. HAGLER

No. 98 PC.

Case below: 32 N.C. App. 444.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 May 1977.